DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RED APPLE HOLLYWOOD, LLC,** a Florida Limited Liability Company,
Appellant,

v.

**MG3 HOLLYWOOD, LLC,** a Florida Limited Liability Company; **CITY OF HOLLYWOOD** and **CITY OF HOLLYWOOD COMMUNITY REDEVELOPMENT AGENCY FOR THE DOWNTOWN DISTRICT,**
Appellees.

No. 4D17-2680

[July 19, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 15-8746 CACE (25).

Stephanie Alexander and Reid A. Cocalis of Tripp, Scott, P.A., Fort Lauderdale, for appellant.

James C. Brady of Saul Ewing Arnstein & Lehr LLP, Hollywood, for appellee MG3 Hollywood, LLC.

Laura K. Wendell and Daniel L. Abbott of Weiss Serota Helfman Cole & Bierman, P.L., Fort Lauderdale, for appellees City of Hollywood and City of Hollywood Community Redevelopment Agency For The Downtown District.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***